IDA DEITCH, Appellant, *v.* PHILIP DEITCH, Respondent.

*Deitch* v. *Deitch*, 162 App. Div. 25, affirmed.
(Submitted January 5, 1915; decided January 19, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 10, 1914, which affirmed an interlocutory judgment of Special Term overruling a demurrer to an affirmative defense contained in the answer in an action for annulment of marriage.

*Henry Kuntz* and *Abraham P. Wilkes* for appellant.

*Simon Berg* for respondent.

The following question was certified: "Is the defendant's affirmative defense contained in his amended answer sufficient in law upon the face thereof as a defense to the second cause of action set forth in the plaintiff's complaint herein?"

Order affirmed, without costs, and question certified answered in the affirmative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.